# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

**ADRIANO PEREZ**, ) **D.C. CV. NO. 2005-030**
      Petitioner, )
) Ref.: D.C. CR. NO. 2002-038
    v. )
)
**UNITED STATES OF AMERICA**, )
      Respondent. )
_____ )

# O R D E R

For the reasons stated in the accompanying opinion of even date, it is hereby

**ORDERED** that Perez's motion under 28 U.S.C. 2255 is **DENIED**; and further

**ORDERED** that other pending motions, if any, are **DENIED** as moot; and further

**ORDERED** that a certificate of appealability will not be issued; and finally

**ORDERED** that the Clerk of the Court shall **CLOSE** this file.

**E N T E R:**

                  /s/
          _____
          **CURTIS V. GÓMEZ**
          **CHIEF JUDGE**

**Copies to:**
    Geoffrey W. Barnard, Magistrate Judge
    Jason T. Cohen, AUSA
    Adriano Perez, Reg. No. 06651-094, Correctional Institution Moshannon Valley, 555 I Cornell Dr., Philipsburg, PA 16866
(Please Mark: "LEGAL MAIL: OPEN IN PRESENCE OF INMATE ONLY")